## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gennie W. Carter | |
| Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK | |
| Movant | |
| vs. | NO. 18-16912 JKF |
| Gennie W. Carter | |
| Debtor(s) | |
| William C. Miller Esq. | |
| Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this 12th day of December, 2018, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified to allow MIDFIRST BANK and its successor in title to proceed with its state court rights regarding the premises 5464 North Marvine Street Philadelphia, PA 19141.

_____
United States Bankruptcy Judge.
Jean K. FiitzSimon

cc: See attached service list

Gennie W. Carter
5464 N. Marvine Street
Philadelphia, PA 19141

Zachary Perlick, 1420 Walnut Street
Suite 718
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532