United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16912-jkf
Gennie W. Carter                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR           Page 1 of 1           Date Rcvd: Dec 13, 2018
                          Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
db             +Gennie W. Carter,    5464 N. Marvine Street,    Philadelphia, PA 19141-3010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              ZACHARY  PERLICK    on behalf of Debtor Gennie W. Carter Perlick@verizon.net,
               pireland1@verizon.net
                                                                                               TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Gennie W. Carter <br> _____ <br> Debtor(s) <br><br> MIDFIRST BANK <br> _____ <br> Movant <br> vs. <br><br> Gennie W. Carter <br> _____ <br> Debtor(s) <br><br> William C. Miller Esq. <br> _____ <br> Trustee | CHAPTER 13 <br><br><br> NO. 18-16912 JKF <br><br><br> 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 12th day of December, 2018, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified to allow MIDFIRST BANK and its successor in title to proceed with its state court rights regarding the premises 5464 North Marvine Street Philadelphia, PA 19141.

_____
United States Bankruptcy Judge.
Jean K. FiitzSimon

cc: See attached service list

Gennie W. Carter
5464 N. Marvine Street
Philadelphia, PA 19141

Zachary Perlick, 1420 Walnut Street
Suite 718
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532